UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-4129 JC | Date | November 19, 2010 |
|---|---|---|---|
| Title | Olivia Maria Villarreal v. Michael J. Astrue | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| none present | none present |

**Proceedings:**       (IN CHAMBERS)

### ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

On June 8, 2010, this court issued a Case Management Order which directed plaintiff, who is proceeding with the assistance of counsel, to file a motion for summary judgement or remand within thirty (30) days of service of defendant's Answer. On October 1, 2010, defendant filed and electronically served defendant's Answer. Accordingly, plaintiff's motion for summary judgment or remand was due on Monday, November 1, 2010.

To date, plaintiff has failed to file a motion for summary judgement or remand as required by the Case Management Order. Nor has plaintiff filed a request for an extension of time to file such motion.

The Court, on its own motion, hereby orders plaintiff to show cause in writing no later than **December 3, 2010**, why this action should not be dismissed for lack of prosecution and/or based upon plaintiff's failure to comply with the Case Management Order. If the plaintiff wishes to proceed with this action, she must also file by no later than December 3, 2010, a motion for summary judgement or remand or a request for an extension of time to do so which is supported by good cause.

**Plaintiff is cautioned that failure to comply with this order and to file the above-referenced documents by December 3, 2010, will result in the dismissal of this action based on plaintiff's failure to comply with the court's order and/or failure to prosecute this action.**

IT IS SO ORDERED.

|  | Initials of Deputy Clerk | KC |
|---|---|---|