UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA MARIA VILLARREAL, ) | Case No. CV 10-4129 JC |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: June 3, 2011

                                              _____/s/_____
                                              Honorable Jacqueline Chooljian
                                              UNITED STATES MAGISTRATE JUDGE