PATRICIA L. McCABE
California State Bar No. 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907-9726
Facsimile: (818) 907-6384
E-mail: PLMCCABE@aol.com

Attorney for Plaintiff,
OLIVIA MARIA VILLARREAL

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OLIVIA MARIA VILLARREAL,<br><br>    Plaintiff,<br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner Social Security,<br><br>    Defendant. | Case No.: CV 10-04129 JC<br><br>[proposed] ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Magistrate Judge: Jacqueline Chooljian |

    Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that attorney fees be paid under the Equal Access to Justice Act (EAJA) in the amount of Five Thousand and 00/100 Dollars ($5,000.00), pursuant to 28 U.S.C. § 2412(d), and costs in the amount of Two Hundred Fifty and 00/100 Dollars ($250.00), pursuant to 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

    IT IS SO ORDERED.

Date: September 7, 2011

                                  /s/
                          HONORABLE JACQUELINE CHOOLJIAN
                          UNITED STATES MAGISTRATE JUDGE